**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2019-CA-0356

Roger D. Anderson, Terri T. Anderson, and Theresa
Leuschner

- - Versus - -

Laborde Construction Industries, LLC, Catamount
Constructors, Inc., LMK Baton Rouge Construction, LLC and
The Standard of Baton Rouge, LLC

19th Judicial District Court
Case #: 638369
East Baton Rouge Parish

On Application for Rehearing filed on 03/25/2020 by AXIS Surplus Insurance Company

Rehearing  _Denied_

Page McClendon

Jewel E. "Duke" Welch

Guy Holdridge

Filed   **JUL 0 8 2020**

Rodd Naquin, Clerk